FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-6-15

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRIDGETTE,<br><br>        Petitioner,<br><br>vs.<br><br>J. SOTO, Warden,<br><br>        Respondent. | Case No. CV 15-0578-SJO (RNB)<br><br>**J U D G M E N T** |

      In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

      IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 3, 2015.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE